| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>PK DRYCARGO S.R.L.,<br><br>                Plaintiff,<br><br>  - against -<br><br>SOTRAMP DENIZCILIK SANAYI VE TICARET A.S.<br>and TORRIDON SHIPPING LIMITED,<br><br>                Defendants.<br>------------------------------------------------------------X | **Judge Hellerstein**<br>**'07 CIV 6693**<br>07 Civ. _____<br><br>ECF CASE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/25/07 |

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Nancy R. Peterson, sworn to on July 24, 2007, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendant(s).

Dated: New York, NY
       July 25, 2007

                                                         _____
                                                         U.S.D.J.