CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| PK DRYCARGO S.R.I., | : | |
| | : | |
| | : | |
| Plaintiff, | : | **07-CV-6693 (AKH)** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| SOTRAMP DENIZCILIK SANAYI VE TICARET | : | |
| A.S. and TORRIDON SHIPPING LIMITED, | : | |
| | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        July 30, 2007

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Societe Generale New York Branch

                          By:     _____
                                  Richard J. Reisert (RR-7118)
                                  7800 River Road
                                  North Bergen, NJ  07047
                                  Tel: (201) 537-1200
                                  Fax: (201) 537-1201
                                  Email:  reisert@navlaw.com